## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank Trust Company Americas, FKA Bankers Trust Company, as Trustee for Certificate Holders of SACO I, Inc., Series 2000-1<br><br>Plaintiff,<br><br>vs.<br><br>Andrew H. Tasker, et al.<br><br>Defendants. | Case No. 1:05-cv-2387<br><br>Judge Kathleen M. O'Malley<br><br>**ORDER VACATING JUDGMENT AND DISMISSING CASE** |

UNITED STATES DISTRICT JUDGE KATHLEEN M. O'MALLEY

This matter is before the Court on the motion of Plaintiff for an order vacating the judgment and decree of foreclosure entered in this case under Rule 60(b)(5) and for an order dismissing this case under Rule 41(a)(2) of the Federal Rules of Procedure. The Court hereby grants Plaintiff's motion. The judgment and decree of foreclosure entered in this case is hereby vacated and this action is hereby dismissed without prejudice at Plaintiff's costs. The Clerk is hereby ordered to distribute the remainder of Plaintiff's $1,400.00 deposit, $138.00 to Plaintiff.

IT IS SO ORDERED.

_____
JUDGE KATHLEEN M. O'MALLEY
United States District Court Judge

G:\Cases - TM\05-8592\dismissal-070911-FFA.wpd